IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| CHERYL D. EASLEY, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| VS. | ) | NO. 09-CV-057-DRH |
| THE HARTFORD, | ) | |
| Defendant. | ) | |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on April 29, 2009, this case is **DISMISSED** with prejudice. Each party shall bear its own costs.

**JUSTINE FLANAGAN, ACTING CLERK**


BY: /s/*Sandy Pannier*
**Deputy Clerk**

Dated: July 6, 2009.


APPROVED: /s/ *DavidRHerndon*
CHIEF JUDGE
U. S. DISTRICT COURT